IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | 2:13-CR-0012(01) |
| EDGAR A. LOCKETT, JR. | § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION and DENYING DEFENDANT'S MOTION TO SUPPRESS

On June 21, 2013, the United States Magistrate Judge entered a Report and Recommendation recommending therein that the motion to suppress filed by defendant EDGAR A. LOCKETT, JR. be denied. Objections to the Report and Recommendation were due on June 28, 2013. To date, neither party has submitted objections.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the motion to suppress filed by defendant is DENIED.

IT IS SO ORDERED.

ENTERED this ___1st___ day of ___July___ 2013.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE